MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
PAMELA D. DEITCHLE (SBN 222649)
pdeitchle@gracelaw.com
GRACE+GRACE LLP
790 E. Colorado Blvd., Suite 797
Pasadena, California 91101
Telephone: (626) 696-1555
Facsimile: (626) 696-1559

Attorneys for Plaintiffs ArrivalStar S.A.
and Melvino Technologies Limited


Louis F. Teran (State Bar No. 249494)
SLC LAW GROUP
lteran@strategiclegalcounseling.com
1055 East Colorado Blvd., Suite #500
Pasadena, CA 91106
Telephone: (818) 484-3217 x200
Facsimile: (866) 665-8877

Attorneys for Defendant U.S. GlobalSAT, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>     Plaintiffs,<br><br>  v.<br><br>U.S. GLOBALSAT, INC.,<br><br>     Defendant. | Case No. CV 12-5911 JVS (RNBx)<br><br>**JOINT RULE 26(f) REPORT**<br><br>DEMAND FOR JURY TRIAL<br><br>Date: November 26, 2012<br>Time: 10:30 a.m. |

1

JOINT RULE 26(f) REPORT

Pursuant to Rule 26(f) of the Federal Rules of Civil procedure and the Court's Order Setting Scheduling Conference entered on August 2, 2012, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively, "ArrivalStar" or "Plaintiffs"), and Defendant U.S. GlobalSat, Inc. ( "U.S.GlobalSat") hereby submit this Joint Rule 26(f) Report for the Scheduling Conference, which is currently set for November 26, 2012 at 10:30 A.M.

1. <u>Synopsis:</u>

This is a patent infringement case involving two patents owned by ArrivalStar for methods and systems for monitoring and reporting vehicle status information and Defendant's accused infringing system. ArrivalStar has alleged claims for injunctive relief and monetary damages arising out of Defendant's alleged infringement of U.S. Patent Nos. 6,714,859 and 6,952,645 (collectively, the "patents-in-suit").

2. <u>Legal issues:</u>

The major factual and legal issues in the case will include the proper interpretation of the claim terms for the patents-in-suit; whether Defendant's products and services infringe claims of the patents-in-suit and whether the patents-in-suit are valid and/or enforceable. Defendant alleges that the patents-in-suit are not valid pursuant 35 U.S.C. sections 102, 103, and 112. Defendant also alleges that the patents-in-suit are invalid due to inventorship and public use violations under Patent Law.

3. <u>Damages:</u>

ArrivalStar seeks damages and prejudgment interest for Defendant's infringement of the patents-in-suit; increased damages as permitted under 35 U.S.C. § 284; attorneys' fees and costs under 35 U.S.C. § 285; and a permanent

injunction prohibiting further infringement, inducement and contributory infringement of the patents-in-suit. The range of provable damages is unknown as discovery has just begun, however, at a minimum, ArrivalStar will seek a reasonable royalty based upon ArrivalStar license agreements reached with other companies.

4.   Insurance:

ArrivalStar is not aware of any insurance coverage applicable to this action.

5.   Motions:

The parties do not anticipate filing motions to add additional parties or claims or to amend the pleadings, however, reserve the right to amend the pleadings or to add claims as discovery has just begun. The parties agree that venue is proper in the Central District of California.

6.   Discovery and Experts:

The parties do not request any changes in the disclosures under Rule 26(a). Discovery will be needed on the following: prosecution history related to the patents in suit; prior art related to the patents-in-suit; evidence related to claim construction of the patents in suit; Defendant's accused infringing technology; marketing, sales and income information related to Defendant's accused infringing technology; damages to ArrivalStar; inventorship of the patents-in-suit; and public use of the inventions protected by the patents-in-suit. The parties agree that discovery should not be conducted in phases. No discovery has been conducted, but the parties will exchange Rule 26(a) disclosures on or before November 5, 2012. The parties do not believe that any changes should be made to the limitations on discovery imposed under the Federal and Local Civil Rules, or that any other limitations should be imposed. The parties expect to conduct

approximately five to ten depositions. The proposed time of expert witness designations under F.R. Civ. P. 26(a)(2) is June 14, 2013 for the party bearing the burden of proof and August, 16 2013 for the party not bearing the burden of proof.

7.   Dispositive Motions:

ArrivalStar believes that all of the legal issues set forth above may be appropriate for decision by motion. ArrivalStar believes that discovery is not mature enough and trial is too remote at this time to determine issues that may be decided by motions in limine. U.S.GlobalSat anticipates filing a motion for summary judgment for invalidity and a motion for summary judgment for non-infringement.

8.   Settlement and Settlement Mechanism:

The parties have exchanged settlement proposals, but have been unable to reach an agreement. The parties select Settlement Conference with a Magistrate Judge pursuant to Local Rule 16-4.4.

9.   Trial Estimate:

A jury trial has been requested. The parties anticipate that trial of this matter will require approximately five court days. ArrivalStar anticipates calling approximately 5 witnesses. U.S.GlobalSat anticipates calling approximately 7 witnesses.

10.   Timetable:

The parties acknowledge that this court applies the local patent rules for the Northern District of California.

    1.   On or before December 3, 2012 ArrivalStar will serve its Disclosure of Asserted Claims and Infringement Contentions.

2.  On or before January 17, 2013, Defendant will serve its Invalidity Contentions.

3.  On January 31, 2013 the parties shall exchange list of claim terms to be construed by the Court.

4.  On or before February 22, 2013 the parties will exchange proposed constructions of each term identified by either party for claim construction.

5.  On or before March 18, 2013 the parties Joint Claim Construction and Prehearing Statement shall be filed.

6.  On April 26, 2013 the parties will file their Claim Construction Briefs.

7.  On May 17, 2013 the parties will file Reply Claim Construction Briefs.

8.  The parties propose that the Claim Construction Hearing be held on or around June 4, 2013.

9.  Fact discovery will close on September 30, 2013.

10. Please see the attached completed Exhibit A for additional dates.

11. Other Issues:

The parties intend to request a protective order in the general form of the Model Stipulated Protective Order adopted by the Northern District of California for litigation involving patents.

12. Conflicts:

Plaintiffs ArrivalStar and Melvino Technologies have no subsidiaries, parents or affiliates. Defendant U.S.GlobalSat also does not have any subsidiaries, parents, or affiliates.

13. <u>Patent Cases:</u>

The proposed dates for claim construction are presented above in section 10, "Timetable."

14. <u>Magistrate Judge:</u>

The parties do not consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

|  | Respectfully submitted |
|---|---|
| DATED: November 2, 2012 | GRACE+GRACE LLP |
|  | /s/ Pamela D. Deitchle |
|  | Pamela D. Deitchle |
|  | Attorneys for Plaintiffs ArrivalStar S.A. |
|  | and Melvino Technologies Limited |
|  |  |
|  | SLC LAW GROUP |
|  | /s/ Louis F. Teran |
|  | Louis F. Teran |
|  | Attorney for Defendant |
|  | U.S. GlobalSat, Inc. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert speciific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: __5__ days | 8:30 a.m. (Tuesdays) | | 1/28/14 | 1/28/14 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | 1/21/14 | 1/21/14 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 1/13/14 | 1/13/14 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 1/6/14 | 1/6/14 | |
| Last day for hand-serving Motions in Limine | | -6 | 12/2/13 | 12/2/13 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 11/25/13 | 11/25/13 | |
| Last day for hand-serving motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | -11 | 10/28/13 | 10/28/13 | |
| Non-expert Discovery cut-off | | -15 | 9/30/13 | 9/30/13 | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:   ((1) CT/USMJ)     (2) Atty      (3) Outside ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut-off | | | 9/30/13 | 9/30/13 | |
| Rebuttal Expert Witness Disclosure | | | 8/16/13 | 8/16/13 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 6/14/13 | 6/14/13 | |
| Last day to conduct Settlement Conference | | | ▓ | ▓ | |
| Last day to amend pleadings or add parties | | | ▓ | ▓ | |

# EXHIBIT A

Revised 1-6-10